UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
              -v.-                       :
                                         :     **UNSEALING ORDER**
GHOLAMEZA RAFATNEJAD, et al.,            :
                                         :     18 Cr. 94
              Defendants.                :
                                         :
- - - - - - - - - - - - - - - - - - - - x

        Upon the application of the United States, by United States

Attorney for the Southern District of New York, GEOFFREY S.

BERMAN, by Assistant United States Attorney Timothy T. Howard;

        It is found that the Indictment in the above-captioned case

is currently sealed and the United States Attorney's Office has

applied to have the Indictment unsealed; it is therefore

        OREDERED that the Indictment in the above-captioned action

be unsealed at 8:00 AM EST on March 23, 2018 and remain unsealed

pending further order of the Court.


Dated:    New York, New York
          March 2‾; 2018


_____
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 2 2018