UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

        -v.-                      :

GHOLAMREZA RAFATNEJAD, et al.,    :     **LIMITED UNSEALING ORDER**

            Defendants.        :     18 Cr.

- - - - - - - - - - - - - - - - - - - x

18 CRIM 94

Upon the application of the United States, by the United States Attorney for the Southern District of New York, GEOFFREY S. BERMAN, by Assistant United States Attorney Timothy T. Howard;

WHEREAS the Indictment and arrest warrants in the above-captioned case are currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the Indictment and arrest warrants unsealed for the limited purposes of consulting with and providing notice to the victims of the offenses charged in the Indictment, and allowing the United States Attorney's Office and the Department of Justice to transmit the Indictment and arrest warrants to representatives from the Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement, intelligence and diplomatic authorities, for purposes of effectuating provisional arrest warrants, requests

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 22 2018

made under Mutual Legal Assistance Treaties, extradition requests and coordinating federal government and law enforcement and other U.S. and foreign government activity prior to unsealing of the Indictment, including remediation actions, and to provide information about the Indictment to the victims of offenses charged in the Indictment who have an interest in preparing for the Indictment to be public; it is hereby

ORDERED that the Indictment and arrest warrants in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the Indictment, arrest warrants, the Application and this Order shall remain under seal until further Order from the Court.

Dated: New York, New York
February 1, 2018

_____
THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

 The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007 

February 7, 2018

**By Hand**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York

RE:     <u>United States v. Gholamreza Rafatnejad, et al.</u>
           18 Cr.

Dear Judge Aaron,

      Earlier today, a grand jury sitting in the Southern District of New York returned the above-referenced Indictment (the "Indictment"), charging nine individuals for computer hacking offenses. The Government writes to respectfully request entry of the attached limited unsealing order for the Indictment.

      The nine defendants are each located outside the United States, and the Government seeks approval of the attached limited unsealing order, to allow the Government to provide information regarding the Indictment to other U.S. agencies and foreign governments, for the purposes of effectuating provisional arrest warrants, extradition requests, and coordinating other federal and foreign government activity prior, including actions taken to remediate the computer intrusion-related activity. In addition, the Government seeks authority to share information regarding the Indictment with victims of the offenses, to assist them with mitigating and remediating the impact of the conduct of the defendants.

      Please feel free to contact me if you have any questions.

                                                        Respectfully yours,

                                                        GEOFFREY S. BERMAN
                                                        United States Attorney

                                                        By: _____
                                                        Timothy T. Howard
                                                        Assistant United States Attorney
                                                        (212) 637-2308